**RENNE PUBLIC LAW GROUP**
LOUISE RENNE (SBN 36508)
lrenne@publiclawgroup.com
RUTH M. BOND (SBN 214582)
rbond@publiclawgroup.com
ANASTASIA BONDARCHUK (SBN 309091)
abondarchuk@publiclawgroup.com
350 Sansome St., Suite 300
San Francisco, CA 94104
Telephone:   (415) 848-7200
Facsimile:    (415) 848-7230

**COHEN MILSTEIN SELLERS & TOLL PLLC**
JULIE GOLDSMITH REISER (*pro hac vice* pending)
jreiser@cohenmilstein.com
MOLLY BOWEN (*pro hac vice* pending)
mbowen@cohenmilstein.com
LYZETTE WALLACE (*pro hac vice* pending)
lwallace@cohenmilstein.com
1100 New York Ave. NW, 5th Floor
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

LAURA POSNER (*pro hac vice* pending)
lposner@cohenmilstein.com
88 Pine St., 14th Floor
New York, NY 10005
Telephone:   (212) 220-2925
Facsimile:    (212) 838-7745

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE EMPLOYEES' RETIREMENT SYSTEM OF RHODE ISLAND derivatively on behalf of PINTEREST, INC.<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN SILBERMANN, EVAN SHARP, JEFFREY JORDAN, JEREMY LEVINE, GOKUL RAJARAM, FREDRIC REYNOLDS, MICHELLE WILSON, LESLIE KILGORE, AND TODD MORGENFELD,<br><br>Defendants and<br><br>PINTEREST, INC., Nominal Defendant<br><br>Defendants. | Case No:  3:20-cv-08438<br><br>**PLAINTIFF EMPLOYEES' RETIREMENT SYSTEM OF RHODE ISLAND'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | STEPHEN BUSHANSKY derivatively on behalf of PINTEREST, INC. |
| 4 | Plaintiff, |
| 5 | vs. |
| 6 | BENJAMIN SILBERMANN, JEFFREY JORDAN, LESLIE KILGORE, JEREMY S. LEVINE, GOKUL RAJARAM, FREDERIC G. REYNOLDS, EVAN SHARP, and MICHELLE WILSON, Defendants and |
| 7 | |
| 8 | |
| 9 | PINTEREST, INC., a Delaware Corporation |
| 10 | Nominal Defendant. |

11

12  Pursuant to Civil Local Rule 3-12, Plaintiff Employees' Retirement System of Rhode Island

13  ("ERSRI") in Case No. 3:20-cv-08438[1] files this administrative motion asking the Court to consider

14  whether *Employees' Retirement System of Rhode Island v. Pinterest, Inc.* ("*ERSRI v. Pinterest*")

15  should be related to the earlier-filed case *Bushansky v. Pinterest, et al.*, ("*Bushansky v. Pinterest*"),

16  No. 20-cv-08331.

17  **I.   ARGUMENT**

18  Plaintiff, ERSRI, has filed a shareholder derivative action on behalf of Nominal Defendant

19  Pinterest, Inc. ("Pinterest") arising from top executives and/or members of Pinterest's Board of

20  Directors engaging in or countenancing systemic race and sex discrimination in violation of state and

21  federal laws.  Although the ERSRI complaint includes detailed allegations from a handful of

22  confidential witnesses and names an additional defendant, its subject matter appears to be related to

23  the *Bushanky* action.

24  First, the cases concern "substantially the same parties". *See* Civil Local Rule 3-12(a)(1). Both

25  plaintiffs are shareholders of Pinterest. Pinterest is the Nominal Defendant in both cases. The cases

26

---

27  [1] A copy of the November 30, 2020 Verified Shareholder Derivative Complaint filed in *ERSRI v. Pinterest* ("ERSRI Complaint") is attached hereto as Exhibit 1 to the Declaration of Louise Renne in

28  Support of Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related.

have eight common Individual Defendants: Benjamin Silbermann, Jeffrey Jordan, Leslie J. Kilgore, Jeremy S. Levine, Gokul Rajaram, Fredric G. Reynolds, Evan Sharp, and Michelle Wilson.[2]

The cases also involve substantially the same "property, transaction or event." See Civil Local Rule 3-12(a)(1). Both allege the Individual Defendants breached their fiduciary duties, violated federal securities laws, committed waste of corporate assets, and abused their control by participating in and/or allowing a culture of systemic race and sex discrimination to fester at Pinterest. Both cases include allegations of high-profile race and/or sex discrimination claims, as well as claims of retaliation, lodged against Pinterest by its former Chief Operating Officer Francoise Brougher and by Public Policy leaders Ifeoma Ozoma and Aerica Shimizu Banks.[3]

Second, "it appears likely that there will be an unduly burdensome duplication of labor and expense . . . if the cases are conducted before different Judges." *See* Civil Local Rule 3-12(a)(2). Both cases require an understanding of similar subject matter, including the duties of Pinterest's Board and executives arising from a shareholder derivative action and similar instances of leveling and pay discrimination and retaliation by Pinterest executives. Allowing such similar actions to proceed separately in different courts wastes judicial resources by forcing duplication of labor, and would risk inconsistent or conflicting rulings.

## II.  CONCLUSION

For the foregoing reasons, and pursuant to Civil Local Rule 3-12, ERSRI respectfully requests that the Court treat *ERSRI v. Pinterest* as related to the previously filed *Bushansky v. Pinterest* action.

Dated:  November 30, 2020

By: */s/ Louise H. Renne*
**RENNE PUBLIC LAW GROUP**
LOUISE H. RENNE (SBN 36508)
lrenne@publiclawgroup.com RUTH M.
BOND (SBN 214582)

---

[2] *ERSRI v. Pinterest* names an additional defendant, Pinterest's Chief Financial Officer Todd Morgenfeld.

[3] In addition, the ERSRI Complaint contains robust allegations from confidential witnesses and other public sources detailing additional instances of discrimination and retaliation by former employees.

rbond@publiclawgroup.com
ANASTASIA BONDARCHUK (SBN 309091)
abondarchuk@publiclawgroup.com
350 Sansome St., Suite 300
San Francisco, CA 94104
Telephone:   (415) 848-7200
Facsimile:    (415) 848-7230

**COHEN MILSTEIN SELLERS & TOLL PLLC**
JULIE GOLDSMITH REISER (*pro hac vice* pending)
jreiser@cohenmilstein.com
MOLLY BOWEN (*pro hac vice* pending)
mbowen@cohenmilstein.com
LYZETTE WALLACE (*pro hac vice* pending)
lwallace@cohenmilstein.com
1100 New York Ave. NW, 5th Floor
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

LAURA POSNER (*pro hac vice* pending)
lposner@cohenmilstein.com
88 Pine St., 14th Floor
New York, NY 10005
Telephone:   (212) 220-2925
Facsimile:    (212) 838-7745