UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE EMPLOYEES' RETIREMENT SYSTEM OF RHODE ISLAND, derivatively on Behalf of PINTEREST, INC.<br><br>        Plaintiff,<br><br>    v.<br><br>BENJAMIN SILBERMANN, EVAN SHARP, JEFFREY JORDAN, JEREMY LEVINE, GOKUL RAJARAM, FREDRIC REYNOLDS, MICHELLE WILSON, LESLIE KILGORE, and TODD MORGENFELD<br><br>        Defendants,<br><br>and<br><br>PINTEREST, INC.,<br><br>        Nominal Defendant. | Case No.: 4:20-cv-08438<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

☐ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☒ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:  December 4, 2020        NAME:  Boris Feldman

                                      */s/ Boris Feldman*

COUNSEL FOR:  *Pinterest, Inc.*