**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEPHEN BUSHANSKY derivatively on behalf of PINTEREST, INC.<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN SILBERMANN, JEFFREY JORDAN, LESLIE KILGORE, JEREMY S. LEVINE, GOKUL RAJARAM, FREDERIC G. REYNOLDS, EVAN SHARP, and MICHELLE WILSON, Defendants and<br><br>PINTEREST, INC., a Delaware Corporation<br><br>Nominal Defendant. | Case No: 3:20-cv-08331<br><br>[~~PROPOSED~~] **ORDER GRANTING UNOPPOSED MOTION OF PLAINTIFFS EMPLOYEES' RETIREMENT SYSTEM OF RHODE ISLAND AND STEPHEN BUSHANSKY TO:<br>(1) CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS;<br>(2) APPOINT THEM AS INTERIM CO-LEAD PLAINTIFFS; AND (3) APPOINT COHEN MILSTEIN SELLERS & TOLL PLLC AND WEISS LAW LLP AS INTERIM CO-LEAD COUNSEL AND THE RENNE PUBLIC LAW GROUP AS INTERIM LIAISON COUNSEL** |
| THE EMPLOYEES' RETIREMENT SYSTEM OF RHODE ISLAND derivatively on behalf of PINTEREST, INC.<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN SILBERMANN, EVAN SHARP, JEFFREY JORDAN, JEREMY LEVINE, GOKUL RAJARAM, FREDRIC REYNOLDS, MICHELLE WILSON, LESLIE KILGORE, AND TODD MORGENFELD,<br><br>Defendants<br><br>and<br><br>PINTEREST, INC.,<br><br>Nominal Defendant. | Case No: 3:20-cv-08438 |

Having considered the motion of the Employees' Retirement System of Rhode Island ("ERSRI") and Stephen Bushansky ("Bushansky") (together, "Plaintiffs") to (1) consolidate their related shareholder derivative actions; (2) appoint them as Interim Co-Lead Plaintiffs; and (3) appoint Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") and Weiss Law LLP ("WeissLaw") as

Interim Co-Lead Counsel and the Renne Public Law Group as Interim Liaison Counsel (the "Motion"), the memorandum of law in support thereof, the supporting declarations and exhibits, and good cause appearing thereof, it is hereby ordered:

1. The Motion is granted.

2. The above-captioned cases are hereby consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. The consolidated caption shall be *In re Pinterest Derivative Litigation*, Lead Case No. 3:20-cv-08331-WHA.

3. A consolidated amended complaint shall be filed within seven days of entry of this Order.

4. ERSRI and Bushansky are hereby appointed Interim Co-Lead Plaintiffs.

5. Cohen Milstein and WeissLaw are hereby appointed Interim Co-Lead Counsel and the Renne Public Law Group is hereby appointed Interim Liaison Counsel.

6. Interim Co-Lead Counsel shall have authority over the following matters on behalf of all plaintiffs: (a) convening meetings of derivative plaintiffs' counsel; (b) initiating, responding to, scheduling, briefing and arguing of all motions; (c) determining the scope, order and conduct of all discovery proceedings; (d) assigning such work assignments to other counsel as they may deem appropriate; (e) retaining experts; (f) designating which attorneys appear at the hearings and conferences with the Court; and (g) other matters concerning the prosecution of or resolution of their respective cases.  No settlement negotiations are to be held without prior approval of the Court.

7. All plaintiffs' counsel shall keep contemporaneous time and expense records and provide such records upon request to Interim Co-Lead Counsel.

8. Interim Co-Lead Counsel shall have authority to communicate with Defendants' counsel and the Court on behalf of derivative plaintiffs. Defendants' counsel may rely on all agreements made with Co-Lead Counsel, and such agreements shall be binding.

9. Interim Co-Lead Counsel are charged with administrative matters such as receiving and distributing pleadings, notices, orders, motions and briefs, and advising parties of developments in the case.

10. Interim Co-Lead Counsel shall coordinate activities to avoid duplication and

inefficiency in the filing, serving, and/or implementation of pleadings, other court papers, discovery papers, and discovery practice.

**SO ORDERED.**

Date:   February 24, 2021.

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE